NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MT TRANSISTION LP f/k/a MEMORIAL )
HOSPITAL OF TAMPA, LP d/b/a )
MEMORIAL HOSPITAL OF TAMPA; )
IASIS HEALTHCARE CORPORATION; )
IASIS HEALTHCARE, LLC. )
)
    Petitioners, )
)
v. )    Case No. 2D17-3551
)
DEBORAH KERR TAGLIARINI, as )
Personal Representative of the Estate of )
PETER ALEX TAGLIARINI, Deceased, )
a/k/a PETER A. TAGLIARINI, Deceased; )
HENRY J. WEISS, M.D.; SOUTH TAMPA )
MEDICAL GROUP, P.A.; and GUSTAVO )
SERRANO, M.D., )
)
    Respondents. )
_____)

Opinion filed April 18, 2018.

Petition for Writ of Certiorari to the Circuit
Court for Hillsborough County; Cheryl K.
Thomas, Judge.

Dinah Stein, Mark Hicks, and Amanda Forti
of Hicks, Porter, Ebenfeld & Stein, P.A.,
Miami; for Petitioners.

Bryan S. Gowdy and Meredith A. Ross of
Creed & Gowdy, P.A., Jacksonville; for
Respondent Deborah Kerr Tagliarini as
Personal Representative of the Estate of

Peter Alex Tagliarini a/k/a Peter A.
Tagliarini, Deceased.

No appearance for remaining Respondents.

PER CURIAM.

Denied.

KHOUZAM, LUCAS, and SALARIO, JJ., Concur.